

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00870-CV

**IN THE INTEREST OF C.C.M.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01431
Honorable Karen H. Pozza, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Because appellant is indigent, no costs of this appeal are assessed.

SIGNED May 8, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice